# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODRICK BETZ

NO. 2020 KW 0612

AUGUST 18, 2020

---

In Re:    Rodrick Betz, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-99-0111.

---

BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

WRIT DENIED. The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion to correct an illegal sentence by signing an order in chambers on August 4, 2020 that set the matter for a hearing scheduled for September 10, 2020.

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT